# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASMIN KLAIR,

    Defendant.

Case No. MJ11-610

**DETENTION ORDER**

Offense charged:

    Conspiracy to Distribute Cocaine.

Date of Detention Hearing: December 21, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime in which she is presumed detained and has failed to overcome that presumption. She has no ties to the district and is a Canadian citizen who has

strong ties to India.  She faces a mandatory term of imprisonment of 10 years if convicted and has a strong incentive to flee.  She has had past problems with drug abuse and her alleged involvement in trafficking a large amount of cocaine indicates drug use is still a problem.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of December, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge